# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DELAWARE COUNTY REPUBLICAN EXECUTIVE COMMITTEE | : | No. 17 MAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth |
| | : | Court |
| | : | |
| BOARD OF ELECTIONS | : | |
| | : | |
| | : | |
| PETITION OF: GREGORY STENSTROM AND LEAH HOOPES | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal, the Petition for Leave to File a Response in Support of Petitioners' Petition for Allowance of Appeal, and the Conditional Cross-Application for Leave to File Sur-Reply in Opposition to Petitioners' Petition for Allowance of Appeal are **DENIED**.